DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLE BERG,**
Appellant,

v.

**JASON BERG,**
Appellee.

Nos. 4D2022-2811 and 4D2022-3137

[February 29, 2024]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda A. Alley, Judge; L.T. Case No. FMCE20-013319.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellant.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***